988 A.2d 1288

### Stacey D. POWELL, Petitioner

v.

### EMIGRANT MORTGAGE COMPANY, INC., Respondent.

Supreme Court of Pennsylvania.

Feb. 3, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this **3rd** day of **February, 2010,** the Petition for Allowance of Appeal is **GRANTED,** limited to the following question, as stated by Petitioner:

.

Did the Superior Court misapply Pennsylvania law in holding that a mortgage lender's interest in property subject to a *lis pendens*, due to pending litigation involving title to the property, is controlled by the outcome of that litigation?

Allocatur is **DENIED** as to all remaining issues.